JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK     (SBN# 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California  94705
Telephone:   (510) 848-4752, Ext. 2
Facsimile:    (510) 848-5819
Email:         jbcofc@aol.com

Attorneys for Plaintiff
SUE ROSANNE TAYLOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUE ROSANNE TAYLOR,  )  CASE NO:  C06-05169 WHA
                     )
       Plaintiff,    )  **STIPULATION AND [PROPOSED]**
                     )  **ORDER CONTINUING CASE**
                     )  **MANAGEMENT CONFERENCE**
                     )
vs.                  )
                     )
                     )
CITY OF OAKLAND; DAVID LARSON; )
DOES 1-20,           )
                     )
       Defendants.   )
                     )

WHEREAS, the Court continued the Case Management Conference from November 30, 2006, to December 7, 2006;

WHEREAS, plaintiff's counsel has a pre-existing scheduling conflict on December 7, 2006,

WHEREAS, the first Thursday thereafter that all counsel are available for a Case Management Conference is January 4, 2007 at 11:00 a.m.,

WHEREAS, counsel for defendant DAVID LARSON was recently retained and requests additional time to prepare for the Case Management Conference, and,

Stip and Prop. Order Continuing CMC
Taylor v. City of Oakland, et al. C06-05169 WHA                                                                      1

WHEREAS, no previous request for a continuance of the Case Management Conference have been made by any party,

THE PARTIES DO HEREBY AGREE, STIPULATE AND RESPECTFULLY REQUEST THAT the Case Management Conference in the above-entitled action be continued to January 4, 2007, at 11:00 a.m.

IT IS SO STIPULATED:

Dated:  November 18, 2006            _____/s/_____
                                     JAMES B. CHANIN
                                     Attorney for Plaintiff

Dated: November 20 2006              _____/s/_____
                                     ARLENE M. ROSEN
                                     Attorney for Defendant
                                     City of Oakland

Dated: November 17, 2006             _____/s/_____
                                     MICHAEL S. TREPPA
                                     Attorney for Defendant
                                     David Larson

PURSUANT TO STIPULATION,
IT IS SO ORDERED:   There will be no further continuances.

Dated: November 29, 2006             _____
                                     WILLIAM H. ALSUP
                                     Judge of the United States
                                     District

*[IT IS SO ORDERED — Judge William Alsup, Northern District of California seal]*

Stip and Prop. Order Continuing CMC
Taylor v. City of Oakland, et al. C06-05169 WHA                                    2