**United States District Court**
For the Northern District of California

1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  SUE ROSANNE TAYLOR,                          No. C 06-05169 WHA

11                 Plaintiff,

12     v.                                        **ORDER RE PROPOSED
                                                 STIPULATION REGARDING
13  CITY OF OAKLAND, DAVID LARSON,               DAVID LARSON'S INVOCATION
    DOES 1–20,                                   OF THE 5TH AMENDMENT
14                                               PRIVILEGE**

15                 Defendants.

16  _____/

17          The stipulation and proposed order regarding defendant David Larson's invocation of

18  the Fifth Amendment privilege against self-incrimination was not signed by the attorney for

19  either side.  Assuming that it is a genuine stipulation, there is no necessity for the Court to

20  execute the stipulation.  Whether or not Larson has a good-faith basis for declining to answer

21  under the Fifth Amendment is unclear on the present record.  Moreover, circumstances could

22  change in the future, such as the grant of immunity.  Therefore it would be imprudent for the

23  Court to sign on to the blanket stipulation submitted.  Finally, all parties should be aware of the

24  consequences of invoking the Fifth Amendment in a civil action, including the instructions that

25  may be given to the jury concerning defendant's refusal to testify.

26          **IT IS SO ORDERED.**

27

28  Dated: May 9, 2007.        _____
                               WILLIAM ALSUP
                               UNITED STATES DISTRICT JUDGE