IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUE ROSANNE TAYLOR,

    Plaintiff,

  v.

CITY OF OAKLAND, DAVID LARSON, and DOES 1–20,

    Defendants.
    /

No. C 06-05169 WHA

**ORDER SETTING HEARING**

The Court is in receipt of plaintiff's letter of July 30 and defendant's response of July 31. A hearing regarding plaintiff's discovery dispute is set for **WEDNESDAY, AUGUST 15, 2007, AT 2:00 P.M.** in Courtroom No. 9 at 450 Golden Gate Avenue, in San Francisco.

**IT IS SO ORDERED.**

Dated: August 2, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE