JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK     (SBN# 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California  94705
Telephone:   (510) 848-4752, Ext. 2
Facsimile:    (510) 848-5819
Email:         jbcofc@aol.com

Attorneys for Plaintiff
SUE ROSANNE TAYLOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE ROSANNE TAYLOR,<br><br>           Plaintiff,<br><br>vs.<br><br><br>CITY OF OAKLAND; DAVID LARSON; DOES 1-20,<br><br>           Defendants. | CASE NO:  C06-05169 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR EXPERT DISCLOSURES AND REPORTS AND REBUTTAL EXPERT DISCLOSURES** |

WHEREAS, the parties have recently completed the depositions of a large number of witnesses and will need to provide those deposition transcript to their experts so that they may be fully prepared to include any relevant information from said depositions in their Rule 26 expert reports and so that the experts will be sufficiently prepared to testify at deposition, and

WHEREAS, no previous extensions of time have been requested with respect to expert disclosures and/or expert discovery in this case,

Stipulation and Order Re Expert Disclosures
C06-05169 WHA                                         1

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT the deadline for disclosure of expert witnesses and Rule 26 expert reports should be extended from July 27, 2007, until August 10, 2007, that the deadline for disclosure of Rule 26 rebuttal expert reports should be extended from August 14, 2007 until August 28, 2007, and that the deadline for completion of expert witness discovery and depositions should be extended from August 27, 2007, to September 13, 2007.

IT IS SO STIPULATED:

Dated:  July 23, 2007                   _____/S/_____
                                        JULIE M. HOUK
                                        Attorney for Plaintiff

Dated: July 25, 2007                    _____/S/_____
                                        ARLENE ROSEN
                                        Attorney for Defendant
                                        CITY OF OAKLAND

Dated: July 25, 2007                    _____/S/_____
                                        MICHAEL S. TREPPA
                                        Attorney for Defendant
                                        DAVID LARSON

Pursuant to Stipulation,
It is So Ordered"

Dated: __August 3_____, 2007           _____
                                        WILLIAM H. ALSUP
                                        Judge of the United States
                                        District Court

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

Stipulation and Order Re Expert Disclosures
C06-05169 WHA                           2