United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUE ROSANNE TAYLOR,

    Plaintiff,

  v.

CITY OF OAKLAND; DAVID LARSON; and DOES 1–100, inclusive,

    Defendants.
                                         /

No. C 06-05169 WHA

**ORDER DENYING STIPULATION FOR FURTHER EXTENSION OF TIME TO COMPLETE EXPERT WITNESS DISCOVERY**

      The Court has received parties' amended stipulation to extend time to complete expert witness discovery from September 13, 2007, to October 15, 2007. The stipulation is **DENIED**. Parties may take discovery after the deadlines have passed, however, the Court will not hear any discovery disputes, and all deadlines including those for dispositive motions and trial remain in place.

      **IT IS SO ORDERED.**

Dated: August 27, 2007.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE