**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE ROSANNE TAYLOR, | No. C 06-05169 WHA |
| Plaintiff, | |
| v. | **ORDER RE SETTLEMENT AND REQUEST FOR CONTINUANCE OF PRETRIAL DEADLINES AND TRIAL** |
| CITY OF OAKLAND, and DAVID LARSON, | |
| Defendants. | |
| _____/ | |

The Court has received parties' stipulation requesting a continuance of the pretrial conference and trial date for approval of the settlement by the Oakland City Council. This Court has been burned by waiting for approval of a settlement by the Oakland City Council in the past and is reluctant to go along with this request without good faith assurances that a settlement truly has been reached. Unless parties present the Court with a signed settlement agreement, no deadlines will be moved. Both sides should continue to prepare for the pretrial conference and trial.

**IT IS SO ORDERED.**

Dated: November 13, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE