IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUE ROSANNE TAYLOR,

    Plaintiff,

  v.

CITY OF OAKLAND, and DAVID LARSON,

    Defendants.

No. C 06-05169 WHA

**ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL**

    The Court has received the settlement agreement signed by the parties in this action. Based on the parties' representation that the City Council of Oakland will approve this settlement agreement at their meeting on December 5, the request to continue the final pretrial conference and trial is **GRANTED**. The final pretrial conference is now set for **MONDAY, DECEMBER 17, 2007, AT 1:30 P.M.** Trial is set to begin on **MONDAY, JANUARY 7, 2008, AT 7:30 A.M.** These dates are conditioned on their being no objections from either side. If there are objections, parties should inform the Court no later than **THURSDAY, NOVEMBER, 15, 2007, AT NOON**.

    **IT IS SO ORDERED.**

Dated: November 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE