IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUE ROSANNE TAYLOR,

    Plaintiff,

  v.

CITY OF OAKLAND, DAVID LARSON, and DOES 1–20,

    Defendants.
                                 /

No. C 06-05169 WHA

**ORDER DENYING CONTINUANCE OF PRETRIAL AND TRIAL**

      The Court has received the parties' proposed order for continuance of the pretrial and trial. The parties request is **DENIED**. This Court initially granted a continuance for trial of January 7, 2008, *provided there was no objection from either party*. Defendant's counsel now raises an objection to this date on the grounds of a personal conflict. Also, counsel have not been candid with this Court with their representations that the settlement agreement would be finalized on December 4, 2007. Both parties are now wavering on that date. Therefore, the case will remain on the Court's trial calender as originally scheduled with the pretrial conference scheduled for **NOVEMBER 19, 2007,** and the trial scheduled for **DECEMBER 3, 2007 AT 7:30 A.M**.

      **IT IS SO ORDERED.**

Dated: November 16, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE