IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUE ROSANNE TAYLOR,

    Plaintiff,

  v.

CITY OF OAKLAND, and DAVID LARSON,

    Defendants.
                                                  /

No. C 06-05169 WHA

**ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL**

     The parties' request to continue the final pretrial conference and trial is **GRANTED**. The final pretrial conference is now set for **MONDAY, JANUARY 7, 2008, AT 2:00 P.M.** Trial is set to begin on **MONDAY, JANUARY 14, 2008, AT 7:30 A.M.**

     **IT IS SO ORDERED.**

Dated: November 19, 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE