JAMES B. CHANIN (SBN 76043)
JULIE M. HOUK (SBN 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752, Ext. 2
Facsimile (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiff
Sue Rosanne Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE ROSANNE TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants.<br>_____ | Case No.: C06-05169 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>**Trial Date:　　　1/14/08**<br>**Pretrial Date:　　1/7/08**<br>**Courtroom: 9, 19th Floor**<br>**The Hon. William H. Alsup** |

Taylor v. City of Oakland, Case No. C06-05169 WHA　　　　　　　　　　　　　　　　　　- 1
Stip/Order for Dismissal

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT pursuant to the terms of the settlement reach between the parties, this action shall be voluntarily dismissed, each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED:

Dated: December 18, 2007          _____/S/_____
                                  JAMES B. CHANIN
                                  Attorney for Plaintiff

Dated: December 18, 2007          _____/S/_____
                                  ARLENE ROSEN
                                  Attorney for Defendant
                                  City of Oakland

Dated: December 18, 2007          _____/S/_____
                                  MICHAEL S. TREPPA
                                  Attorney for Defendant
                                  David Larson

PURSUANT TO THE STIPULATION OF THE PARTIES,
IT IS SO ORDERED:

Dated: December 19, 2007          _____
                                  WILLIAM H. ALSUP
                                  Judge of the United States
                                  District Court

[SEAL: IT IS SO ORDERED — Judge William Alsup — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]